EXHIBIT B

# *State Of Delaware*

Entity Details

7/29/2020   8:58:12AM

| | | | |
|---|---|---|---|
| File Number: | 2567201 | Incorporation Date / Formation Date: | 1/16/1996 |
| Entity Name: | SUNSTATE EQUIPMENT CO., LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Good Standing | Status Date: | 1/16/1996 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | Country: | |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |