EXHIBIT N

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| EDWIN SORIA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO.: _____ |
| | § | |
| SUNSTATE EQUIPMENT CO., LLC, | § | |
| AND TERAX CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## CONSENT TO REMOVAL

Terex Corporation, improperly named as Terax Corporation, hereby consents to removal of this matter to Federal Court. Terex Corporation preserves and does not waive any rights, defenses, or responsive pleadings.

Respectfully submitted,

MUNSCH HARDT KOPF & HARR, P.C.

By: _____
Clifford L. Harrison
State Bar No. 09113800
charrison@munsch.com
700 Milam, 27th Floor
Houston, Texas 77002
(713) 222-4035 Telephone
(713) 222-1475 Facsimile

ATTORNEY FOR DEFENDANT,
TEREX CORPORATION

4823-1989-1909v.1